Case 09-35241    Filed 08/31/09    Doc 21

FILED
August 31, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002056771

**THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
331 J. Street, Ste 200
Sacramento, California  95814
Telephone: 916-443-1009

Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>  ANTHONY P. DICUS,<br><br>  AND LILIA E. LOPEZ,<br><br>          Debtors | ) Case No.: 2009-35241-B-13J<br>)<br>) MCN: ACK-3<br>)<br>) **MOTION TO CONFIRM 1ST AMENDED**<br>) **CHAPTER 13 PLAN**<br>)<br>DATE: October 13, 2009<br>TIME: 9:32 a.m.<br>JUDGE: Hon. Thomas Holman<br>LOCATION: 501 I Street,<br>6th Floor, Courtroom 33<br>Sacramento, CA 95814 |

## MOTION TO CONFIRM 1ST AMENDED CHAPTER 13 PLAN

Debtor's, ANTHONY P. DICUS AND LILIA E. LOPEZ, move the court to confirm there First Amended Chapter 13 Plan pursuant to 11 U.S.C. § 1324, 1325 and 1322, filed and served concurrently herewith.  This motion is based on the Notice of Motion and Declaration of the Debtor's filed concurrently herewith.

Dated: August 28, 2009

                    THE LAW OFFICES OF AARON C. KOENIG

                    BY:  /s/Aaron C. Koenig
                         Aaron C. Koenig, ESQ
                         Attorney for Debtors

1