Case 09-35241   Filed 10/15/09   Doc 30

FILED
October 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D30

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | 09-35241 - B - 13 J |
| | | **Date :** | 10/13/09 |
| | | **Time :** | 09:32 |

**Matter :** [21] - Motion/Application to Confirm/Modify Chapter 13 Plan [ACK-3] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (npas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Jennifer Tillery
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
   Debtor(s) Attorney - Aaron C. Koenig
**Respondent(s) :**
   Trustee - Jan P. Johnson

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

Trustee's opposition having been withdrawn and good cause appearing.

IT IS ORDERED that the motion is granted, and the first amended plan filed August 31, 2009 will be confirmed.

Counsel for the debtor shall submit an order confirming the plan using EDC form 3-081-03 (Rev. 7/1/03) that conforms to the courts ruling and that has been approved by the trustee. The title of the order shall include a specific reference to the filing date of the amended plan.

Dated: October 15, 2009

Thomas C. Holman
United States Bankruptcy Judge