FORM EDC.5-200 Notice to Debtor of Completed Plan Payments and of Obligation to File Documents  (v.5.12)                    09-35241 - B - 13J



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**8/1/12**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## NOTICE TO DEBTOR OF COMPLETED PLAN PAYMENTS AND OF OBLIGATION TO FILE DOCUMENTS

Case Number:   09-35241 - B - 13J

Debtor Name(s) and Address(es):

Anthony P. Dicus
5950 La Castana Way
Sacramento, CA 95823

Lilia E. Lopez
5950 La Castana Way
Sacramento, CA 95823

Subject to the later filing of a final report and account, the Chapter 13 Trustee has determined that the Debtor has completed the payments required by the confirmed plan. Therefore, this notice is given by the Trustee to begin the Court's review of the case to determine each Debtor's entitlement to a Chapter 13 bankruptcy discharge.

To receive a discharge:

1. If not previously filed, each Debtor must file a certificate of completion of an approved instructional course concerning personal financial management;

2. Each Debtor must complete and file with the Court the attached *Debtor's 11 U.S.C. § 1328 Certificate* (form EDC 3-190) concerning domestic support obligations, prior bankruptcy discharges, and exemptions claimed in property as described in 11 U.S.C. § 522(p)(1)(A), (B), (C), and (D) which exceed the amount set forth in 11 U.S.C. § 522(q); and

3. If applicable, each Debtor must file the attached *Certificate of Chapter 13 Debtor Regarding 11 U.S.C. § 522(q) Exemptions* (form EDC 3-191).

**Each Debtor has 30 days from the date of this Notice to file the required documents with the Court at the address shown above. If a Debtor fails to file all of the documents, the Court may close the case without granting a discharge to that Debtor. Reopening the case in order to file these documents and obtain a discharge requires payment of a reopening fee equal to the case filing fee (currently $235.00 for chapter 13 cases).**

The Chapter 13 Trustee's final report and account will be filed after all disbursements made to creditors have been negotiated. Each Debtor and all creditors will be served with the report and account and given the opportunity to object to it. Once the report and account is approved, provided each Debtor has filed the required documents demonstrating eligibility for a discharge, the Court will issue a discharge order.

Dated:  8/1/12

Respectfully submitted,
/s/ Jan P. Johnson
Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In re | | |
|---|---|---|
| Anthony P. Dicus<br>5950 La Castana Way<br>Sacramento, CA 95823 | Lilia E. Lopez<br>5950 La Castana Way<br>Sacramento, CA 95823 | Case Number<br>09-35241 − B − 13J |
| | Debtor(s). | |

## DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE

*[Instructions: This Certificate must be completed in order for each Debtor to receive a discharge. It must be filed with the Clerk of Court when the Trustee files and serves form EDC 5−200, Notice to Debtor of Completed Plan Payments and of Obligation to File Documents. In joint cases, <u>each spouse must complete and file a separate Certificate</u>. Therefore, joint debtors may wish to photocopy this form before completing it.]*

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

### A. DOMESTIC SUPPORT OBLIGATIONS
*[check the appropriate box]*

☐ 1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

☐ 2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

☐ 3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations, such as child support, maintenance or alimony, as required by an order of a court or administrative agency or by statute.

*If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to* **B. Prior Chapter 7, 11, or 12 Bankruptcy Discharge.**

Name and address of each holder of a domestic support obligation:
Name: _____    Name: _____
Address: _____    Address: _____
_____    _____
_____    _____

My Current Address is:              My Current Employer is:
Address: _____    Name: _____
_____    Address: _____
_____    _____

### B. PRIOR CHAPTER 7, 11, OR 12 BANKRUPTCY DISCHARGE
*[check the appropriate box]*

☐   1.   I **have NOT** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

☐   2.   I **have** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

### C. PRIOR CHAPTER 13 BANKRUPTCY DISCHARGE
*[check the appropriate box]*

☐   1.   I **have NOT** received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

☐   2.   I **have** received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

### D. 11 U.S.C. §522(q) EXEMPTIONS
*[check the appropriate box]*

☐   1.   I **have NOT** claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed in the aggregate $146,450. *See* 11 U.S.C. § 522(p)(1)(A), (B), (C), and (D).

☐   2.   I **have** claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed in the aggregate $146,450 but I owe no debts of the type described in 11 U.S.C. § 522(q).

☐   3.   I **have** claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed in the aggregate $146,450 even though I owe debts of the type described in 11 U.S.C. § 522(q). <u>If this box is checked, I have filed with this Certificate form EDC 3-191, *Certificate of Chapter 13 Debtor Regarding 11 U.S.C. § 522(q) Exemptions*</u>.

**By signing this Certificate, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.**

Date: _____          Signed: _____
                                                                                              Debtor

| EDC.3-191 | Certificate of Chapter 13 Debtor Regarding 11 U.S.C. §522(q) Exemptions (v.5.12) | (Page 1 of 2) |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re | | Case Number |
|---|---|---|
| Anthony P. Dicus<br>5950 La Castana Way<br>Sacramento, CA 95823 | Lilia E. Lopez<br>5950 La Castana Way<br>Sacramento, CA 95823 | 09-35241 − B − 13J |
| | Debtor(s). | |

## CERTIFICATE OF CHAPTER 13 DEBTOR
## REGARDING 11 U.S.C. § 522(q) EXEMPTIONS

*[Instructions: In accordance with 11 U.S.C. § 522(q), Fed. R. Bankr. P. 1007(b)(8), and Local Bankruptcy Rule 5009-1, a chapter 13 debtor who claims exemptions in real property, personal property, and/or a cooperative used as a residence or claimed as a homestead, or in a burial plot, which exceed in the aggregate $146,450, must file this Certificate with the Court after making the last plan payment or, if applicable, prior to the deadline set by the Court when it authorizes a hardship discharge under 11 U.S.C. § 1328(b). See 11 U.S.C. § 522(p)(1)(A), (B), (C), (D), and (q). Debtors who have NOT claimed exemptions in real property, personal property, and/or a cooperative used as a residence or claimed as a homestead, or in a burial plot, which exceed in the aggregate $146,450, should NOT file this Certificate. **Failure to timely file this Certificate may bar or delay entry of a discharge**.]*

1. I have claimed exemptions in the aggregate amount of $ _____.

**PLEASE CHECK ALL BOXES THAT APPLY:**

Yes    No

☐      ☐    2.  I have been convicted (or there is a proceeding currently pending against me in which I may be convicted of a felony offense punishable by a maximum term of imprisonment of more than one year.

Yes    No

☐      ☐    3.  I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to a violation of a Federal Securities law (as defined in section 3(a)(47) of the Securities Exchange Act of 1934), including, but not limited to, the Securities Act of 1933 (15 U.S.C. § 77a *et seq*.); the Securities Exchange Act of 1934 (15 U.S.C. § 78a *et seq*.); the Sarbanes-Oxley Act of 2002 (Pub. L. No. 107-204, 116 Stat.); the Trust Indenture Act of 1939 (15 U.S.C. § 77aaa *et seq*.); the Investment Company Act of 1940 (15 U.S.C. § 80a-1 *et seq*.); the Investment Advisers Act of 1940 (15 U.S.C.A. § 80b-1 *et seq*.); and the Securities Investor Protection Act of 1970 (15 U.S.C. § 78aaa *et seq*.); any State securities laws; or any regulation or order issued under Federal securities laws or State securities laws.

Yes    No

☐      ☐    4.  I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of a security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

Yes    No

☐      ☐    5.  I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to a civil remedy under section 1964 of Title 18.

EDC.3−191    Certificate of Chapter 13 Debtor Regarding 11 U.S.C. §522(q) Exemptions    (Page 2 of 2)

Yes  No

☐    ☐    6.   I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

Yes  No

☐    ☐    7.   Although I answered YES to one or more of questions 2 through 6, I am entitled to the exemptions I have claimed and I should receive a discharge because the exemptions are reasonably necessary to support me (and my dependent(s), if any).

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: _____    Signed: _____
                                                              Debtor