**THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
331 J. Street, Ste 200
Sacramento, California  95814
Telephone: 916-443-1009

Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | ) Case No.: 2009-35241-B-13J |
|---|---|
| ANTHONY P. DICUS | ) MCN: ACK-5 |
| AND LILIA E. LOPEZ, | ) **MOTION TO INCUR NEW DEBT** |
| Debtors | ) DATE: September 18, 2012 |
| | ) TIME: 9:32 a.m. |
| | ) JUDGE: Hon. Thomas Holman |
| | ) LOCATION: 501 I Street, |
| | ) 6th Floor, Courtroom 32 |
| | ) Sacramento, CA 95814 |

MOTION TO INCUR NEW DEBT

NOW COMES Anthony P. Dicus and Lilia E. Lopez, the Debtors in the above-entitled matter, by and through their attorney, Aaron C. Koenig, to request an Order allowing permission to incur new debt.

1. The Debtor's filed for relief under Chapter 13 of the Bankruptcy Code on July 22, 2009.

2. The Debtor's made their last Chapter 13 Plan payment on July 25, 2012 and on August 1, 2012, the Chapter 13 trustee issued a "Notice to Debtor of Completed Plan Payments and of Obligation to File Documents."

1

3. On or about August, 2012, the transmission of the debtor's vehicle blew out and they needed a vehicle to get to work and earn a living.  See Declaration Of Debtors.

4. The purpose of this motion is to receive permission from the Court to allow the debtors to purchase a 2012 Chevrolet Equinox LT with 93 miles.  The monthly payment on the vehicle is $288.59.  The number of payments to be made under the contract is 72.  The total purchase price is $20,778.48.  See Exhibit A.

5. The terms of the debtor's Chapter 13 Plan required them to pay off all of their arrears on their 1st Mortgage.  According to the filed Plan, the monthly dividend was $324.15.  Therefore, now that the debtor's have completed all of the Plan payments, they have this extra money each month and can afford to make a payment of $288.59 each month for a vehicle.

6. The property involved is necessary for the support and maintenance of the debtor's family.  The debtor will not be receiving any funds from purchase.

   WHEREFORE, the Debtor's request an Order granting the Motion to Incur New Debt and for waiver of the 10-day stay pursuant to Bankruptcy Rule 6004(g).

Dated: September 10, 2012

THE LAW OFFICES OF AARON C. KOENIG

BY:   /s/Aaron C. Koenig
      Aaron C. Koenig
      Attorney for Debtors

2