**THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
331 J. Street, Ste 200
Sacramento, California  95814
Telephone: 916-443-1009

Attorney For Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                              ) Case No.: 2009-35241-B-13J
                                    )
  ANTHONY P. DICUS                  ) MCN: ACK-7
                                    )
  AND LILIA E. LOPEZ,               )
                                    ) **MOTION TO DEEM CURRENT**
           Debtors                  )
                                    ) DATE: December 4, 2012
                                      TIME: 9:32 a.m.
                                      JUDGE: Hon. Thomas Holman
                                      LOCATION: 501 I Street,
                                      6th Floor, Courtroom 32
                                      Sacramento, CA 95814

MOTION TO DEEM CURRENT

The Debtors, Anthony P. Dicus and Lilia E. Lopez, by and through their attorney, Aaron C. Koenig, move this Court to grant the Motion to Deem Current for post-petition amounts. This motion is being filed pursuant to FRBP 3002.1

1. The Debtors filed their Chapter 13 bankruptcy case on July 22, 2009.  The debtor's 1st Amended Plan was confirmed on November 13, 2009.  There were no other amended or modified plans filed or confirmed.

1

2. Pursuant to the confirmed plan, the debtor's classified the holder of their first mortgage as a Class 1 Claim.  The monthly contract installment was listed at $1,148.62.  See Exhibit A.

3.  On October 5, 2009 the holder of the 1st mortgage filed a claim listing the monthly contract installment to be $1,148.62. See Exhibit B.

4.  The debtor has made every payment required under the Plan and made his last payment on July 25, 2012.  On August 1, 2012 the trustee issued a notice of completed plan payments stating that the debtor has made every payment required under the plan. See Exhibit C

5.  On September 11, 2012, the trustee filed a Notice of Final Cure Mortgage Payment.  On October 1, 2012, the holder of the 1st mortgage filed a response to the final cure payment and stated that the debtor was not current on his ongoing monthly mortgage statement and owed $8,780.90 in post-petition payments.  On the creditors response the ongoing monthly mortgage payment is listed at $1,629.13.  See Exhibit D

6.  Pursuant to FRBP 3002.1(h), on motion by the debtor or the trustee "the Court shall, after notice and hearing" determine whether the debtor has cured the default and paid all required post petition amounts."

7.  In our case the debtor has satisfied his burden in proving that he has paid all post-petition amounts.  First, the Plan and the 1st filed claim both state that the ongoing monthly mortgage payment is $1,148.62.  Second, the trustee has issued a notice that all payments that have been required have been made.

Third, the holder of the 1st deed of trust has not filed any statement with the court or mailed to the trustee any notice that the mortgage payment has increased.  Pursuant to FRBP 3002.1(b), a creditor is required to file with the court and serve upon the trustee when there has been any change in the payment amount no later than 21 days before the payment is due. In our case, no such document was ever filed with the court and attached as a document to the original filed claim.

8.  Therefore, since the debtor has made all of the required post-petition payments according to the creditors filed claim and no notice was ever given to the trustee or the court regarding a change in the payment amount, the court should deem the debtor current on all post-petition amounts.

   WHEREFORE, the Debtor respectfully requests that the Court enter an order that the debtor has paid all post-petition amounts that were required.

Dated: October 18, 2012


THE LAW OFFICES OF AARON C. KOENIG

BY:  /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor

3