# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Anthony P. Dicus and Lilia E. Lopez | **Case No :** | 09–35241 – B – 13J |
| | | **Date :** | 12/4/12 |
| | | **Time :** | 09:32 |
| **Matter :** | [69] – Motion/Application to Deem Current [ACK–7] Filed by Debtor Anthony P. Dicus, Joint Debtor Lilia E. Lopez (msts) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that the motion is granted. Pursuant to Fed. R. Bankr. P. 3002.1(h), the court finds that as of July 20, 2012, the date of completion of the confirmed chapter 13 plan, the debtors have cured the pre–petition default owed to and have paid all required ongoing monthly post–petition payments that came due during the term of the confirmed plan to secured creditor OneWest Bank, FSB. Except as so ordered, the motion is denied.

Dated: December 10, 2012

Thomas C. Holman
United States Bankruptcy Judge