| | |
|---|---|
| 1 | 1 |
| 2 | Jan P. Johnson |
| | Chapter 13 Trustee |
| 3 | P.O. Box 1708 |
| | Sacramento, CA 95812-1708 |
| 4 | (916) 492-8001 |
| 5 | pobox1708@jpj13trustee.com |
| | AM |
| 6 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISBTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Re:  ANTHONY P DICUS            )    CASE NO. 09-35241 B13
     LILIA E LOPEZ              )
                                )    ORDER APPROVING TRUSTEE'S
                                )    FINAL REPORT AND ACCOUNT
                                )    AND DISCHARGING TRUSTEE
            Debtor(s)           )

Upon consideration of the Final Report and Account of Jan P. Johnson, Standing Chapter 13 Trustee in the above referenced matter, and after notice to parties in interest with no timely objection having been filed,

IT IS HEREBY ORDERED that the Final Report and Account of the Trustee is approved.

IT IS FURTHER ORDERED that Jan P. Johnson is hereby discharged as Trustee of the above named Debtor(s).

Dated:  December 21, 2012

                                        Thomas C. Holman
                                        United States Bankruptcy Judge

RECEIVED
December 19, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004583422