# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-35241-B-13 J |
| ANTHONY P. DICUS and LILIA E. LOPEZ, | Chapter 13 |
| Debtors, | Date Filed: 10/17/2009 |
| | ORDER ON DEBTORS' *EX PARTE* MOTION TO REOPEN CASE |

## ORDER REOPENING CASE

An ex parte motion to reopen has been filed. The Court finds that the motion should be allowed. Accordingly,

IT IS ORDERED that this bankruptcy case is hereby reopened.

Dated: December 30, 2013

*[signature]*

Thomas C. Holman
United States Bankruptcy Judge

RECEIVED
December 13, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005055452

ORDER ON EX PARTE MOTION TO REOPEN CASE