Ronald H. Freshman, Esq., SBN #225136
Law Office of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone:  858-756-8288
Facsimile:  206-424-0744

Attorney for Anthony P. Dicus and Lilia E. Dicus

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ANTHONY P. DICUS and LILIA E. LOPEZ,<br><br>Debtors | Case No. 09-35241-B-13 J<br><br>Chapter 13<br><br>Date Filed: 10/17/2009<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I, RONALD H. FRESHMAN, certify that I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 3040 Skycrest Drive, Fallbrook, CA 92028.  A true and correct copy of the documents entitled: ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER ON DEBTORS' *EX PARTE* MOTION TO REOPEN CASE; and ORDER TO SHOW CAUSE ON DEBTORS' MOTION TO REOPEN CASE AND SANCTION RESPONDENTS FOR CIVIL CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION  were served on the date and in the form and manner stated below:    1.

**By regular, first class United States Mail, postage fully pre-paid, addressed to:**

OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 22409

ONEWEST BANK, FSB d/b/a/ INDYMAC MORTGAGE
SERVICES, A DIVISION OF ONEWESTBANK, FSB,
f/k/a INDYMAC FEDERAL BANK, F.S.B., f/k/a
INDYMAC BANK, F.S.B.
9441 LBJ Freeway Suite 250,
Dallas, TX 75243

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDX MORTGAGE
TRUST 2007-AR11, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-AR11 UNDER THE
POOLING AND SERVICING AGREEMENT DATED
APRIL 1, 2007
300 South Grand Ave.
41st Floor
Los Angeles, CA 90071

NBS DEFAULT SERVICES, LLC
9441 LBJ FWY STE 250
DALLAS, TX 75243

Chapter 13 Trustee
Jan P. Johnson
PO Box 1708
Sacramento, CA 95812

    2.   **By Notice of Electronic Filing (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. Upon service, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Date: January 6, 2014

                                                                                Ronald H. Freshman
                                                                               Attorney for Anthony P. Dicus and
                                                                               Lilia E. Lopez